**Order entered November 28, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01058-CV

### ROBERT T. O'DONNELL, Appellant

### V.

### JULIA L. VARGO, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2013**

## ORDER

We **GRANT** appellant's November 22, 2016 second motion for extension of time to file his brief and extend the time to **DECEMBER 30, 2016**. No further extensions will be granted absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE